**Clay CALDWELL, Petitioner**

**v.**

**The PA DEPARTMENT OF CORREC-TIONS, and the Office of Security (BCC), and Secretary J. Wetzel, et al., Respondents**

No. 727 MAL 2016

Supreme Court of Pennsylvania.

March 22, 2017

## ORDER

PER CURIAM

**AND NOW,** this 22nd day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**

**IN the INTEREST OF: J.M.C., a Minor**

**Petition of: Commonwealth of Pennsylvania**

No. 753 MAL 2016

Supreme Court of Pennsylvania.

March 22, 2017

## ORDER

PER CURIAM

**AND NOW,** this 22nd day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**

**IN the INTEREST OF: R.A.F., a Minor**

**Petition of: R.A.F., a Minor**

No. 746 MAL 2016

Supreme Court of Pennsylvania.

March 22, 2017

## ORDER

PER CURIAM

**AND NOW,** this 22nd day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**